**Jacob WILLIAMS, Petitioner,**

v.

**DEPARTMENT OF DEFENSE,**
**Respondent.**

**No. 03–3203.**

United States Court of Appeals,
Federal Circuit.

Sept. 30, 2003.

### ORDER

The petitioner having failed to file the brief required by Federal Circuit Rule 31(a) within the time permitted by the rules, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

**Bonifacio OPINGA, Petitioner,**

v.

**OFFICE OF PERSONNEL**
**MANAGEMENT,**
**Respondent.**

**No. 03–3270.**

United States Court of Appeals,
Federal Circuit.

Sept. 30, 2003.

### ORDER

The petitioner having failed to pay the docketing fee required by Federal Circuit Rule 52(a)(1) within the time permitted by the rules, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

**Gale S. NELSON, Petitioner,**

v.

**UNITED STATES POSTAL SERVICE,**
**Respondent.**

**No. 03–3273.**

United States Court of Appeals,
Federal Circuit.

Sept. 30, 2003.

### ORDER

The petitioner having failed to file the required Statement Concerning Discrimination, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.